UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 14-9001 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | ORDER OF RELEASE |
| FRANK FATTORE | : | |

The Court orders the defendant, __FRANK FATTORE__, is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) The defendant shall appear at all future court proceedings;

(3) Other: _____

X____[signature]_____     DATE __1/2/14__
DEFENDANT

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

___[signature]___
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

DATE __1/2/14__

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

___[signature]___
U.S. PRETRIAL SERVICES OFFICER